UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NURIDEEN ISLAM,

                       Plaintiff,                     07 Civ. 3225 (PKC) (DF)

      -against-                                      ORDER

FISHER, et a.l.,

                       Defendant.
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

       It is hereby ORDERED that Plaintiff and counsel for Defendant are directed to appear for an in-person status conference before the Court on <u>August 20, 2008, at 10:30 a.m.</u> The conference will take place <u>at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtoom 17A.</u>

Dated:   New York, New York
           June 30, 2008

                                                      SO ORDERED

                                                      DEBRA FREEMAN
                                                      United States Magistrate Judge

<u>Copies to:</u>
Mr. Nurideen Islam
c/o Ms. Jamie Bowens (Mother)
875 Pennsylvania Avenue
Brooklyn, NY 11207

Jeb Harben, Esq.
Assistant Attorney General
100 Church Street
New York, NY 10007

Copies mailed 6/30/08