USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NURIDEEN ISLAM,
:
                      Plaintiff,            07 Civ. 3225 (PKC)(DF)
:
    -against-                           **SCHEDULING ORDER**
:
WILLIAM CONNOLLY, et. al.,
:
                      Defendants.  :
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

      The Court having held an in-court conference with Plaintiff, proceeding *pro se*, and counsel for Defendants on August 20, 2008; it is hereby ORDERED, as stated on the record at that conference, that:

      1.     The deadline for the completion of all fact discovery in this action is extended to November 26, 2008.

      2.     All parties shall appear for a status conference before this Court on Monday, October 6, 2008, at 11:00 a.m., in Courtroom 17A, U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
          August 27, 2008

                                                    SO ORDERED

                                            _____
                                            DEBRA FREEMAN
                                            United States Magistrate Judge

Copies to:

Mr. Nurideen Islam, *pro se*
c/o Janie Bowens
875 Pennsylvania Avenue, #3H
Brooklyn, NY 11207

Jeb Harben, Esq.
Assistant Attorney General
Office of the Attorney General of the State of New York
120 Broadway
New York, NY 10271